# LOCAL OFFICIAL FORM NO. 10

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re **Jesselyn Radack** | Case No. **18-00634** |
| Debtor(s). | Chapter **11** |

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   ■ **Flat Fee**

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ 7,500.00 |
   | Prior to the filing of this statement I have received | $ 7,500.00 |
   | Balance Due | $ 0.00 |

   ☐ **Hourly Fee**

   For legal services, I have agreed to accept and received a retainer of     $ _____

   The undersigned shall bill against the retainer at an hourly rate of     $ _____
   [Or attach firm hourly rate schedule.] as such rate may change over time based on periodic increases.
   Debtor has agreed to pay all approved fees and expenses exceeding the amount of the retainer, subject to those fees and expenses being approved by the court (when court approval is required) for work performed in a chapter 11 case or chapter 13 case. Payments of fees and expenses exceeding the retainer, other than payment of amounts approved for payment by court order, will be disclosed by a supplemental Rule 2016(b) statement.

   ☐ *Pro Bono* **Representation**

   I have agreed to provide services without compensation

   *************************************************************************
   The debtor ☐ has     ■ has not agreed to reimburse expenses.

2. The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☐ Debtor     ■ Other (specify):     **All services rendered based upon time spent at applicable hourly rates (subject to periodic adjustment), plus reimbursement of expenses incurred; subject to Court approval on notice and opportunity to object.**

3. With respect to the compensation described herein:

   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **September 23, 2018** | **/s/ Jeffrey M. Sherman** |
| *Date* | **Jeffrey M. Sherman 348896** |
| | *Signature of Attorney* |
| | **Law Offices of Jeffrey M Sherman** |
| | **1600 N. Oak Street** |
| | **Suite 1826** |
| | **Arlington, VA 22209** |
| | **703-358-9568** |
| | **jeffreymsherman@gmail.com** |
| | *Name of law firm* |