# U.S. Bankruptcy Court
## Mailing Matrix Form

1. Trevor Fitzgibbon
c/o Steven Biss
300 West Main Street
Suite 102
Charlottesville VA 22903

2.

3.

4.

5.

6.

7.

8.