DEBTOR: <u>Jesselyn Radack</u>                    CASE NUMBER: <u>18-00634</u>

## OFFICE OF THE UNITED STATES TRUSTEE
## DISTRICT OF ALEXANDRIA/DISTRICT OF COLOMBIA DIVISIONS
### MONTHLY OPERATING REPORT
### CHAPTER 11
### INDIVIDUAL DEBTORS

### Form 3
### COVER SHEET AND QUESTIONNAIRE

**For Period Ended:**   <u>**February 28, 2019**</u>

*THIS REPORT MUST BE FILED WITH THE COURT 15 DAYS AFTER THE END OF THE MONTH*

Debtor must attach each of the reports / documents unless the U.S. Trustee has waived the requirement in writing.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| ☒ | ☐ | 1. Cash Flow Statement (Page 2) |
| ☒ | ☐ | 2. Cash Reconciliation(s) and Narrative (Page 3) |
| ☒ | ☐ | 3. Cash Receipts Detail (Page 4) |
| ☒ | ☐ | 4. Cash Disbursements Detail (Page 5) |
| ☒ | ☐ | 5. Receipts and Disbursements Recap Case to Date (Page 6) |
| ☒ | ☐ | 6. Bank Statements for All Bank Accounts (remember to redact all but last four digits of bank account number) |

| QUESTIONAIRE | Yes | No |
|---|---|---|
| Please answer the questions below for the month being reported: | | |
| 1. Did you deposit all receipts into your DIP account this month? | X | |
| 2. Are all insurance policies current and in effect? | X | |
| 3. Have all taxes been timely filed and paid? | X | |
| 4. Did you pay all your bills on time this month? | X | |
| 5. Are you current on U.S. Trustee quarterly fees payments? | X | |
| 6. Did you borrow money from anyone this month? | | X |
| 7. Did you pay any bills you owed before you filed for bankruptcy? | X | |
| 8. Do you have any bank accounts open other than the DIP account? | X | |

***I declare under penalty of perjury that this Monthly Operating Report, and any statements and attachments are true, accurate and correct to the best of my belief.***

Executed on:   <u>3/3/19</u>          Signature (Debtor):   *Jesselyn Radack*

                         Print Name:          <u>Jesselyn Radack</u>

PAGE 1

DEBTOR: <u>Jesselyn Radack</u>                                                    CASE NUMBER: <u>18-00634</u>

CASH FLOW STATEMENT - INDIVIDUAL DEBTOR

Monthly Reporting:

| | | February 2019 | DIP |
|---|---|---|---|
| | | | Wells Fargo 3403 |
| <u>CASH FLOW SUMMARY (SEE NOTE A)</u> | | | |
| 1 | Beginning Cash Balance (1) | $ 8,543.93 | |
| 2 | Cash Receipts | | |
| | Fees and Reimbursments | | $ 13,767.10 |
| | Sole Proprietorship Revenues | | $ - |
| | Drawn from owned entities | | $ - |
| | Rental Income | | $ - |
| | Interest | | $ - |
| | Gifts | | $ - |
| | Total | | $ 13,767.10 |
| 3 | Cash Disbursements | | |
| | Rent or home mortgage payments | | $ 2,500.00 |
| | Utilities and Telephone Expenses | | $ 526.07 |
| | Home maintenance (repairs/upkeep) | | $ 1,548.48 |
| | Food / Groceries | | $ 400.98 |
| | Insurance payments | | |
| | Taxes | | |
| | Transportation (not including car payments) | | $ 145.39 |
| | Legal / Professional Fees / U.S. Trustee Fees | | |
| | Business Reimbursible Expenses | | $ 1,062.00 |
| | Rental property expenses | | |
| | Health/Medical | | $ 37.50 |
| | Clothing | | |
| | Furniture | | |
| | Charitable | | $ 300.00 |
| | Travel | | |
| | Savings | | |
| | Children - School Expenses | | $ 535.00 |
| | Withdrawn Cash | | |
| | Miscellaneous | | $ 433.12 |
| | Total Cash Disbursements | | $ 7,488.54 |
| 4 | Net Cash Flow for Month | | $ 6,278.56 |
| 5 | End Cash Balance | $ 14,822.49 | |

**CALCULATION OF DISBURSMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES**

| | |
|---|---|
| Total Disbursments | $ 7,488.54 |
| Amounts Paid on behalf of Debtor | $ - |
| **Disbursments for U.S. Trustee Fee Calculation** | **$ 7,488.54** |

(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.

(1) Current month beginning cash balance should equal the previous month's ending balance

DEBTOR: <u>Jesselyn Radack</u>                                                    CASE NUMBER: <u>18-00634</u>

<u>BANK RECONCILIATIONS</u>

Month Ending                                     February 2019

| | Account #1 | | | |
|---|---|---|---|---|
| Name of Bank | Wells Fargo DIP | | | |
| Last four digits of account | 3403 | | | |
| Purpose of Account (personal or business) | personal | | | |
| Type of account | checking | | | |
| | | | | |
| **Balance per Bank Statement** | $        8,543.93 | | | |
| **ADD**: Deposits not credited (attach list) | $            - | | | |
| **SUBTRACT**: outstanding check (attach list) | $            - | | | |
| **Month end Balance (Must agree with books)** | $       14,822.49 | | | |
| **TOTAL OF ALL ACCOUNTS** | | | | $       14,822.49 |

Note: attach a copy of the bank statement and bank reconcilliation for each account

AMOUNTS OWED TO OTHERS at the end of the Month (post petition)

| | |
|---|---|
| -Personally (attach list stating who, amount, when due) | $            - |
| -Business (if applicable) (attach list) | $            - |
| TOTAL OWED POST PETITION | $            - |

AMOUNTS OWED TO YOU at the end of the Month (both pre and post petition)

| | |
|---|---|
| -Personally (attach list stating who, amount, when due) | $            - |
| -Business (if applicable) (attach list) | $            - |
| TOTAL OWED POST PETITION | $            - |

Please provide a brief description of any significant and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring transactions that are reported in the cash flow statement and any siggnificant changes in the financial condition of the debtor which have ocurred subsequent to the report date.

| |
|---|
| |
| |
| |

Total of all accounts should equal page 2, line 5 - Ending Cash Balance.

PAGE 3

DEBTOR: <u>Jesselyn Radack</u>                                      CASE NUMBER: <u>18-00634</u>

### CASH RECEIPTS DETAIL (SEE NOTE A)

For Period:  February 01, 2019          to:  February 28, 2019

(attach additional sheets as necessary)

Debtor in Possession Account:              Wells Fargo ######3403

| Date | Payer | Description | Amount |
|---|---|---|---|
| 2019-01-03 | INSTITUTE FOR PUBLIC INTEGRI | Fees / Remibursible Expenses | $ 13,767.10 |
| 2019-01-10 | | | |
| 2019-01-29 | | | |
| 2019-01-30 | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | Total automatic credits for the month which identify source of deposit | | $ 13,767.10 |
| | Total Cash Receipts (1) | | $ 13,767.10 |

(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.

(1) Total of all accounts should agree with total cash receipts listed on page 2.

PAGE 4

DEBTOR: <u>Jesselyn Radack</u>                                                                           CASE NUMBER: <u>18-00634</u>

CASH DISBURSEMENTS DETAIL (SEE NOTE A)

For Period:    February 01, 2019                                      to:   February 28, 2019

(attach additional sheets as necessary)

Debtor in Possession Account:                              Wells Fargo ######3403

| Date | Check No | Payee | Description (Purpose) | Amount |
|------|----------|-------|----------------------|--------|
| 2019-02-01 | | BILL PAY PEPCO ON-LINE xxxxx79052 ON 02-01 | Utilities and Telephone Expenses | $ 66.92 |
| 2019-02-04 | | 02/03 UBER TRIP HELP.UBER.COM CA S38903484274771Z CA | Transportation (not including car payments) | $ 8.78 |
| 2019-02-04 | | 02/03 UBER TRIP H3NFN HELP.UBER.COM CA S46903484813S | Transportation (not including car payments) | $ 2.00 |
| 2019-02-04 | | 02/03 UBER TRIP HELP.UBER.COM CA S58903483698476B CA | Transportation (not including car payments) | $ 11.00 |
| 2019-02-04 | | BILL PAY Irma Bonetto ON-LINE No Account Number ON 02-0 | Home maintenance (repairs/upkeep) | $ 135.00 |
| 2019-02-04 | | 02/01 TANAD THAI CUISINE WASHINGTON DC S38903285195 | Food / Groceries | $ 23.65 |
| 2019-02-04 | | 02/01 UBER TRIP 2YKHK HELP.UBER.COM CA S30903273587N | Transportation (not including car payments) | $ 3.00 |
| 2019-02-04 | | RECURRING PAYMENT AUTHORIZED ON 02/01 MSF* CRUNC | Miscellaneous | $ 42.39 |
| 2019-02-04 | | RECURRING PAYMENT AUTHORIZED ON 02/01 MSF* CRUNC | Miscellaneous | $ 52.99 |
| 2019-02-04 | | 02/01 UBER TRIP HELP.UBER.COM CA S46903271250556B CA | Transportation (not including car payments) | $ 20.61 |
| 2019-02-04 | | 02/01 PRET A MANGER 059 WASHINGTON DC S46903259874 | Food / Groceries | $ 12.41 |
| 2019-02-04 | | 01/31 PRET A MANGER 059 WASHINGTON DC S30903162895 | Food / Groceries | $ 10.44 |
| 2019-02-05 | | 02/05 CVS/PHARMACY #02 02174--4 WASHINGTON DC P005 | Miscellaneous | $ 7.20 |
| 2019-02-05 | | 02/05 WHOLEFDS TEN 100 4530 40T WASHINGTON DC P005 | Food / Groceries | $ 23.71 |
| 2019-02-05 | | BILL PAY B8&T MORTGAGE RECURRING xxxxx74779 ON 02-0 | Rent or home mortgage payments | $ 2,500.00 |
| 2019-02-05 | | BILL PAY Lawyers Choice Suites RECURRING No Account Num | Business Reimbursible Expenses | $ 990.00 |
| 2019-02-05 | | BILL PAY Temple Sinai ON-LINE 47475 ON 02-05 | Charitable | $ 300.00 |
| 2019-02-05 | | BILL PAY AT&T MOBILITY ON-LINE xxxxxxx80556 ON 02-05 | Utilities and Telephone Expenses | $ 294.70 |
| 2019-02-05 | | 02/04 PANERA BREAD #6015 WASHINGTON DC S46903571717 | Food / Groceries | $ 3.29 |
| 2019-02-05 | | RECURRING PAYMENT AUTHORIZED ON 02/04 NY TIMES NAT | Miscellaneous | $ 122.42 |
| 2019-02-06 | | 02/04 ROBEKS #185 WASHINGTON DC S30903571952022Z C | Food / Groceries | $ 5.05 |
| 2019-02-06 | | 02/04 PRET A MANGER 059 WASHINGTON DC S58903557770 | Food / Groceries | $ 10.44 |
| 2019-02-06 | | 02/04 STARBUCKS STORE 07 WASHINGTON DC S46903354437 | Food / Groceries | $ 2.48 |
| 2019-02-07 | | 02/07 CVS/PHARM 02174--4555 WASHINGTON DC P0000000 | Miscellaneous | $ 40.36 |
| 2019-02-07 | | BILL PAY DC WATER AND SEWER AUTHORITY ON-LINE xxx80( | Utilities and Telephone Expenses | $ 44.98 |
| 2019-02-07 | | BILL PAY RCN ON-LINE xxxxxxxx36602 ON 02-07 | Utilities and Telephone Expenses | $ 28.73 |
| 2019-02-07 | | 02/06 METRO FARE AUTOLOA 202-962-5711 DC S469037721 | Transportation (not including car payments) | $ 50.00 |
| 2019-02-07 | | 02/05 PRET A MANGER 059 WASHINGTON DC S38903659399 | Food / Groceries | $ 12.63 |
| 2019-02-07 | | 02/05 PRET A MANGER 059 WASHINGTON DC S58903644347 | Food / Groceries | $ 2.85 |
| 2019-02-08 | | 02/07 HOUSE OF DOORS INC 703-751-9000 VA S46903387523 | Home maintenance (repairs/upkeep) | $ 1,278.48 |
| 2019-02-08 | | 02/07 PANERA BREAD #6015 WASHINGTON DC S38903870617 | Food / Groceries | $ 2.19 |
| 2019-02-08 | | 02/06 PRET A MANGER 059 WASHINGTON DC S58903758254 | Food / Groceries | $ 12.63 |
| 2019-02-11 | | 02/11 WHOLEFDS TEN 100 4530 40T WASHINGTON DC P004 | Food / Groceries | $ 34.82 |
| 2019-02-11 | | BILL PAY Washington Imaging Assc ofDC LLC ON-LINE xxxxxx | Health/Medical | $ 37.50 |
| 2019-02-11 | | 02/08 PRET A MANGER 059 WASHINGTON DC S38903954810 | Food / Groceries | $ 10.44 |
| 2019-02-11 | | 02/08 PRET A MANGER 059 WASHINGTON DC S58903945102 | Food / Groceries | $ 2.85 |
| 2019-02-11 | | 02/07 PRET A MANGER 059 WASHINGTON DC S58903856899 | Food / Groceries | $ 12.41 |
| 2019-02-11 | | 02/07 PRET A MANGER 059 WASHINGTON DC S58903845047 | Food / Groceries | $ 5.37 |
| 2019-02-12 | | BILL PAY Irma Bonetto ON-LINE No Account Number ON 02-1 | Home maintenance (repairs/upkeep) | $ 135.00 |
| 2019-02-13 | 106 | Woodrow Wilson High School Crew Boosters | Children - School Expenses | $ 535.00 |
| 2019-02-13 | | 02/12 PANERA BREAD #6015 WASHINGTON DC S30904372317 | Food / Groceries | $ 3.29 |
| 2019-02-13 | | 02/11 TST* MASALA ART WASHINGTON DC S46904266386334 | Food / Groceries | $ 16.15 |
| 2019-02-14 | | 02/12 PRET A MANGER 059 WASHINGTON DC S46904356024 | Food / Groceries | $ 10.44 |
| 2019-02-15 | | 02/13 PRET A MANGER 059 WASHINGTON DC S58904456883( | Food / Groceries | $ 10.44 |
| 2019-02-19 | | 02/19 CVS/PHARMACY #02 02174--4 WASHINGTON DC P004 | Miscellaneous | $ 55.70 |
| 2019-02-19 | | 02/19 WHOLEFDS TEN 100 4530 40T WASHINGTON DC P003( | Food / Groceries | $ 52.37 |
| 2019-02-19 | | 02/15 PRET A MANGER 059 WASHINGTON DC S30904659799 | Food / Groceries | $ 10.44 |
| 2019-02-19 | | 02/15 PRET A MANGER 059 WASHINGTON DC S38904664465! | Food / Groceries | $ 2.08 |
| 2019-02-19 | | 02/14 PRET A MANGER 059 WASHINGTON DC S58904553737 | Food / Groceries | $ 12.41 |
| 2019-02-20 | | BILL PAY Lawyers Choice Suites ON-LINE No Account Number | Business Reimbursible Expenses | $ 72.00 |
| 2019-02-20 | | 02/18 WWW.1AND1.COM CHESTERBROOK PA S38904098519 | Miscellaneous | $ 9.99 |
| 2019-02-21 | | 02/19 PRET A MANGER 059 WASHINGTON DC S46905057228 | Food / Groceries | $ 12.63 |
| 2019-02-21 | | 02/19 PRET A MANGER 059 WASHINGTON DC S30905044592 | Food / Groceries | $ 2.85 |
| 2019-02-25 | | 02/24 CONTAINERSTORE DC WASHINGTON DC P003890556B( | Miscellaneous | $ 38.13 |
| 2019-02-25 | | 02/24 CVS/PHARM 02174--4555 WASHINGTON DC P0000000( | Miscellaneous | $ 38.67 |
| 2019-02-25 | | 02/23 RODMAN'S DISCOUNT FOOD D WASHINGTON DC P004 | Food / Groceries | $ 9.93 |
| 2019-02-25 | | 02/22 PRET A MANGER 059 WASHINGTON DC S58905359292 | Food / Groceries | $ 12.41 |
| 2019-02-25 | | 02/22 PRET A MANGER 059 WASHINGTON DC S58905344676 | Food / Groceries | $ 2.85 |
| 2019-02-27 | | 02/26 METRO FARE AUTOLOA 202-962-5711 DC S309057603 | Transportation (not including car payments) | $ 50.00 |
| 2019-02-28 | | 02/28 WHOLEFDS TEN 100 4530 40T WASHINGTON DC P004 | Food / Groceries | $ 27.36 |
| 2019-02-28 | | 02/25 CVS/PHARM 02174--4555 WASHINGTON DC P0000000( | Miscellaneous | $ 25.27 |
| 2019-02-28 | | BILL PAY PEPCO ON-LINE xxxxx79052 ON 02-28 | Utilities and Telephone Expenses | $ 90.74 |
| 2019-02-28 | | 02/26 PRET A MANGER 059 WASHINGTON DC S30905759416 | Food / Groceries | $ 12.41 |
| 2019-02-28 | | 02/26 PRET A MANGER 059 WASHINGTON DC S30905744234 | Food / Groceries | $ 2.85 |
| 2019-02-28 | | 02/25 PRET A MANGER 059 WASHINGTON DC S58905658681 | Food / Groceries | $ 12.41 |

Total automatic debits for the month which identify who is paid   $ 7,488.54
Total Cash Disbursements (1)   $ 7,488.54

(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.

(1) Total of all accounts should agree with total cash receipts listed on page 2.

## INCOME AND DISBURSEMENTS RECAP

**Debtor: <u>Jesselyn Radack</u>**          **Case Number: <u>18-00634</u>**

**Date case was filed:**                 **September 23, 2018**

This form is to be used to record Monthly Operating Reports' Income and Disbursments filed to date. It serves as a running total of overall income, expenses and net income (or loss) for the case.

| | Year: 2018 | | | Year: 2019 | | |
|---|---|---|---|---|---|---|
| | **Income** | **Expenses** | **Net Inc/(Loss)** | **Income** | **Expenses** | **Net Inc/(Loss)** |
| January | | | | $ 21,664.09 | $ 25,522.13 | $ (3,858.04) |
| February | | | | $ 13,767.10 | $ 7,488.54 | $ 6,278.56 |
| March | | | | | | |
| April | | | | | | |
| May | | | | | | |
| June | | | | | | |
| July | | | | | | |
| August | | | | | | |
| September | $ 7.28 | $ 995.70 | $ (988.42) | | | |
| October | $ 13,562.37 | $ 682.95 | $ 12,879.42 | | | |
| November | $ 14,224.67 | $ 9,718.62 | $ 4,506.05 | | | |
| December | $ 500.00 | $ 5,483.50 | $ (4,983.50) | | | |
| Total | $ 28,294.32 | $ 16,880.77 | $ 11,413.55 | $ 35,431.19 | $ 33,010.67 | $ 2,420.52 |

PAGE 6

# Wells Fargo Everyday Checking

Account number:    **3403**  ■ February 1, 2019 - February 28, 2019  ■ Page 1 of 5



JESSELYN A RADACK
DEBTOR IN POSSESSION
CH 11 CASE # 18-00634(DC)

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**   (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932

華語  1-800-288-2288   *(6 am to 7 pm PT, M-F)*

*Online:*  wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (389)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our
company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ✓ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ✓ | Debit Card | ✓ |
| My Spending Report | ✓ | Overdraft Service | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 2/1 | $8,543.93 |
| Deposits/Additions | 13,767.10 |
| Withdrawals/Subtractions | - 7,488.54 |
| **Ending balance on 2/28** | **$14,822.49** |

Account number:    3403

**JESSELYN A RADACK**
**DEBTOR IN POSSESSION**
**CH 11 CASE # 18-00634(DC)**

*Washington, DC account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  054001220

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements
please call the number listed on your statement or visit your Wells Fargo store.

(389)

WELLS FARGO

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 2/1 | | Bill Pay Pepco on-Line xxxxx79052 on 02-01  `Utilities and Telephone Expenses` | | 66.92 | 8,477.01 |
| 2/4 | `Food / Groceries` | Purchase authorized on 01/31 Pret A Manger 059 Washington DC S309031628953611 Card 9167 | | 10.44 | |
| 2/4 | `Food / Groceries` | Purchase authorized on 02/01 Pret A Manger 059 Washington DC S469032598742310 Card 9167 | | 12.41 | |
| 2/4 | | Purchase authorized on 02/01 Uber Trip Help.Uber.Com CA S469032712505568 Card 9167  `Transportation (not including car payments)` | | 20.61 | |
| 2/4 | `Miscellaneous` | Recurring Payment authorized on 02/01 Msf* Crunch+Dcsale 202-6217622 DC S309032715549921 Card 9167 | | 52.99 | |
| 2/4 | `Miscellaneous` | Recurring Payment authorized on 02/01 Msf* Crunch+Dcsale 202-6217622 DC S309032715600310 Card 9167 | | 42.39 | |
| 2/4 | | Purchase authorized on 02/01 Uber Trip 2Ykhk Help.Uber.Com CA S309032735876746 Card 9167  `Transportation (not including car payments)` | | 3.00 | |
| 2/4 | `Food / Groceries` | Purchase authorized on 02/01 Tanad Thai Cuisine Washington DC S389032851976141 Card 9167 | | 23.65 | |
| 2/4 | | Bill Pay Irma Bonetto on-Line No Account Number on 02-04  `Home maintenance (repairs/upkeep)` | | 135.00 | |
| 2/4 | | Purchase authorized on 02/03 Uber Trip Help.Uber.Com CA S589034836984768 Card 9167  `Transportation (not including car payments)` | | 11.00 | |
| 2/4 | | Purchase authorized on 02/03 Uber Trip H3Nfn Help.Uber.Com CA S469034841394722 Card 9167  `Transportation (not including car payments)` | | 2.00 | |
| 2/4 | | Purchase authorized on 02/03 Uber Trip Help.Uber.Com CA S389034842747712 Card 9167  `Transportation (not including car payments)` | | 8.78 | 8,154.74 |
| 2/5 | `Miscellaneous` | Recurring Payment authorized on 02/04 NY Times Natl Sale 800-698-4637 NY S309035363758802 Card 9167 | | 122.42 | |
| 2/5 | `Food / Groceries` | Purchase authorized on 02/04 Panera Bread #6015 Washington DC S469035717792619 Card 9167 | | 3.29 | |
| 2/5 | | Bill Pay AT&T Mobility on-Line xxxxxxx80556 on 02-05  `Utilities and Telephone Expenses` | | 294.70 | |
| 2/5 | `Charitable` | Bill Pay Temple Sinai on-Line 47475 on 02-05 | | 300.00 | |
| 2/5 | | Bill Pay Lawyers Choice Suites Recurring No Account Number on 02-05  `Business Reimbursible Expenses` | | 990.00 | |
| 2/5 | | Bill Pay Bb&T Mortgage Recurring xxxxx74779 on 02-05  `Rent or home mortgage payments` | | 2,500.00 | |
| 2/5 | `Food / Groceries` | Purchase authorized on 02/05 Wholefds Ten 100 4530 40T Washington DC P00589036731768739 Card 9167 | | 23.71 | |
| 2/5 | `Miscellaneous` | Purchase authorized on 02/05 Cvs/Pharmacy #02 02174--4 Washington DC P00309036739344373 Card 9167 | | 7.20 | 3,913.42 |
| 2/6 | `Food / Groceries` | Purchase authorized on 02/04 Starbucks Store 07 Washington DC S469035443790929 Card 9167 | | 2.48 | |
| 2/6 | `Food / Groceries` | Purchase authorized on 02/04 Pret A Manger 059 Washington DC S589035577033662 Card 9167 | | 10.44 | |
| 2/6 | `Food / Groceries` | Purchase authorized on 02/04 Robeks #185 Washington DC S309035719520222 Card 9167 | | 5.05 | 3,895.45 |
| 2/7 | `Food / Groceries` | Purchase authorized on 02/05 Pret A Manger 059 Washington DC S589036443471514 Card 9167 | | 2.85 | |
| 2/7 | `Food / Groceries` | Purchase authorized on 02/05 Pret A Manger 059 Washington DC S389036593979392 Card 9167 | | 12.63 | |
| 2/7 | | Purchase authorized on 02/06 Metro Fare Autoloa 202-962-5711 DC S469037721380906 Card 9167  `Transportation (not including car payments)` | | 50.00 | |
| 2/7 | | Bill Pay Rcn on-Line xxxxxxxx36602 on 02-07  `Utilities and Telephone Expenses` | | 28.73 | |
| 2/7 | | Bill Pay DC Water and Sewer Authority on-Line xxx80621 on 02-07  `Utilities and Telephone Expenses` | | 44.98 | |
| 2/7 | `Miscellaneous` | Purchase authorized on 02/07 Cvs/Pharm 02174--4555 Washington DC P00000000833483366 Card 9167 | | 40.36 | 3,715.90 |
| 2/8 | `Food / Groceries` | Purchase authorized on 02/06 Pret A Manger 059 Washington DC S589037582563449 Card 9167 | | 12.63 | |
| 2/8 | `Food / Groceries` | Purchase authorized on 02/07 Panera Bread #6015 Washington DC S389038706143188 Card 9167 | | 2.19 | |
| 2/8 | | Purchase authorized on 02/07 House of Doors Inc 703-751-9000 VA S469038752384274 Card 9167  `Home maintenance (repairs/upkeep)` | | 1,278.48 | 2,422.60 |
| 2/11 | `Food / Groceries` | Purchase authorized on 02/07 Pret A Manger 059 Washington DC S589038450430605 Card 9167 | | 5.37 | |



## Transaction history *(continued)*

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 2/11 | Food / Groceries | Purchase authorized on 02/07 Pret A Manger 059 Washington DC S589038568915918 Card 9167 | | 12.41 | |
| 2/11 | Food / Groceries | Purchase authorized on 02/08 Pret A Manger 059 Washington DC S589039451026545 Card 9167 | | 2.85 | |
| 2/11 | Food / Groceries | Purchase authorized on 02/08 Pret A Manger 059 Washington DC S389039587350910 Card 9167 | | 10.44 | |
| 2/11 | Health/Medical | Bill Pay Washington Imaging Assc Ofdc LLC on-Line Xxxxxxxxxxx2618T on 02-11 | | 37.50 | |
| 2/11 | Food / Groceries | Purchase authorized on 02/11 Wholefds Ten 100 4530 40T Washington DC P0046904268748192 Card 9167 | | 34.82 | 2,319.21 |
| 2/12 | | Bill Pay Irma Bonetto on-Line No Account Number on 02-12   Home maintenance (repairs/upkeep) | | 135.00 | 2,184.21 |
| 2/13 | Food / Groceries | Purchase authorized on 02/11 Tst* Masala Art Washington DC S469042663863436 Card 9167 | | 16.15 | |
| 2/13 | Food / Groceries | Purchase authorized on 02/12 Panera Bread #6015 Washington DC S309043723180742 Card 9167 | | 3.29 | |
| 2/13 | 106 | Check   Children - School Expenses | | 535.00 | 1,629.77 |
| 2/14 | Food / Groceries | Purchase authorized on 02/12 Pret A Manger 059 Washington DC S589043560245765 Card 9167 | | 10.44 | 1,619.33 |
| 2/15 | Food / Groceries | Purchase authorized on 02/13 Pret A Manger 059 Washington DC S589044568301425 Card 9167 | | 10.44 | 1,608.89 |
| 2/19 | Food / Groceries | Purchase authorized on 02/14 Pret A Manger 059 Washington DC S589045537350489 Card 9167 | | 12.41 | |
| 2/19 | Food / Groceries | Purchase authorized on 02/15 Pret A Manger 059 Washington DC S389046446552268 Card 9167 | | 2.08 | |
| 2/19 | Food / Groceries | Purchase authorized on 02/15 Pret A Manger 059 Washington DC S309046597935062 Card 9167 | | 10.44 | |
| 2/19 | Food / Groceries | Purchase authorized on 02/19 Wholefds Ten 100 4530 40T Washington DC P0030905081 2571115 Card 9167 | | 52.37 | |
| 2/19 | Miscellaneous | Purchase authorized on 02/19 Cvs/Pharmacy #02 02174--4 Washington DC P0046905082 2285638 Card 9167 | | 55.70 | 1,475.89 |
| 2/20 | Miscellaneous | Purchase authorized on 02/18 WWW.1and1.Com Chesterbrook PA S389049851919420 Card 9167 | | 9.99 | |
| 2/20 | | Bill Pay Lawyers Choice Suites on-Line No Account Number on 02-20   Business Reimbursible Expenses | | 72.00 | 1,393.90 |
| 2/21 | Food / Groceries | Purchase authorized on 02/19 Pret A Manger 059 Washington DC S309050445927104 Card 9167 | | 2.85 | |
| 2/21 | Food / Groceries | Purchase authorized on 02/19 Pret A Manger 059 Washington DC S469050572269420 Card 9167 | | 12.63 | 1,378.42 |
| 2/25 | Food / Groceries | Purchase authorized on 02/22 Pret A Manger 059 Washington DC S589053446780872 Card 9167 | | 2.85 | |
| 2/25 | Food / Groceries | Purchase authorized on 02/22 Pret A Manger 059 Washington DC S589053592923265 Card 9167 | | 12.41 | |
| 2/25 | Food / Groceries | Purchase authorized on 02/23 Rodman's Discount Food D Washington DC P0046905464333961 7 Card 9167 | | 9.93 | |
| 2/25 | Miscellaneous | Purchase authorized on 02/24 Cvs/Pharm 02174--4555 Washington DC P0000000018589 1947 Card 9167 | | 38.67 | |
| 2/25 | Miscellaneous | Purchase authorized on 02/24 Containerstoredc Washington DC P0038905568078707 1 Card 9167 | | 38.13 | 1,276.43 |
| 2/27 | | Purchase authorized on 02/26 Metro Fare Autolog 202-962-5711 DC S309057603665171 Card 9167   Transportation (not including car payments) | | 50.00 | 1,226.43 |
| 2/28 | | Institute for Pu Deposit Dp50707331 Jesselyn Radack   Fees and Reimbursments | 13,767.10 | | |
| 2/28 | Food / Groceries | Purchase authorized on 02/25 Pret A Manger 059 Washington DC S589056586816596 Card 9167 | | 12.41 | |
| 2/28 | Food / Groceries | Purchase authorized on 02/26 Pret A Manger 059 Washington DC S309057442341508 Card 9167 | | 2.85 | |
| 2/28 | Food / Groceries | Purchase authorized on 02/26 Pret A Manger 059 Washington DC S309057594168064 Card 9167 | | 12.41 | |
| 2/28 | | Bill Pay Pepco on-Line xxxxx79052 on 02-28   Utilities and Telephone Expenses | | 90.74 | |

Account number:    **3403**  ■  February 1, 2019 - February 28, 2019  ■  Page 4 of 5



*Transaction history  (continued)*

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|--------------|-------------|---------------------|---------------------------|----------------------|
| 2/28 | Miscellaneous | Purchase authorized on 02/28 Cvs/Pharm 02174--4555 Washington DC P00000000031184608 Card 9167 | | 25.27 | |
| 2/28 | Food / Groceries | Purchase authorized on 02/28 Wholefds Ten 100 4530 40T Washington DC P00469059710614422 Card 9167 | | 27.36 | 14,822.49 |
| **Ending balance on 2/28** | | | | | **14,822.49** |
| **Totals** | | | **$13,767.10** | **$7,488.54** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Summary of checks written**    *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount |
|--------|------|--------|
| 106 | 2/13 | 535.00 |

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 02/01/2019 - 02/28/2019 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $1,226.43 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $13,767.10 ☑ |
| · Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 52 ☑ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

**Monthly service fee discount(s)** *(applied when box is checked)*

Age of primary account owner is 17 - 24 ($10.00 discount)    ☐

RC/RC

Account number:    **3403**   ■  February 1, 2019 - February 28, 2019   ■  Page 5 of 5



---

## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** **Enter the ending balance** on this statement.    $ _____

**B** **List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

+ $ _____

**C** Add **A** and **B** to calculate the subtotal.    = $ _____

**D** **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

- $ _____

**E** Subtract **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.    = $ _____

## General statement policies for Wells Fargo Bank

■  **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■  **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801          Member FDIC.

Skip to main content

# Check Details

| | |
|---|---|
| **Check Number** | 106 |
| **Date Posted** | 02/13/19 |
| **Check Amount** | $535.00 |



For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.

You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender