CASE HEARING SUMMARY
(This is NOT an ORDER)

**FILED**
**MAR 27 2019**
Clerk, U.S. District and
Bankruptcy Courts

Date: 03/27/2019 Time: 10:30

**CASE: 18-00634-SMT Jesselyn Radack : CHAPTER 11**

Diana Margeaux Witherspoon and (Jeffrey M. Sherman) representing Jesselyn Radack (Debtor In Possession)

(Joseph A. Guzinski) representing U. S. Trustee for Region Four (U.S. Trustee)

*Status Hearing-*

[46] Motion for Leave to Dispense with Disclosure Statement Filed by Jesselyn Radack (Re: Related Document(s) #:45 Chapter 11 Plan.) (Attachments: # 1 Proposed Order)

✓ Steven Biss p.h.v. and Richard Basile for Fitzgibbon

**MOVANT** : Jesselyn Radack BY J Sherman; D Witherspoon;

| DE# | | DE# | |
|---|---|---|---|
| 45 | ch 11 plan | 54 | order set status hrg |
| 48 | op rpt 1/2019 | 55 | order re motion |
| 52 | UST objection | 61 | Fitzgibbon obj to plan |
| 53 | hrg summ 2/27/19 | 71 | op rpt 2/2019 |

*Scheduling Conference-*

[59] Motion to Dismiss Case Filed by Richard Basile on behalf of Trevor Fitzgibbon (Basile, Richard) Modified on 3/13/2019 TO CORRECT DOCKET TEXT (Ragland, Vamira).

**MOVANT** : Jesselyn Radack BY J Sherman; D Witherspoon;

DE# 66 order set hrg

*Scheduling Conference -*

[63] Motion for Relief from Stay. Fee Amount $181, Filed by Richard Basile on behalf of Trevor Fitzgibbon (Attachments: # 1 Proposed Order Granting Relief) (Basile, Richard) Modified on 3/13/2019 TO CORRECT DOCKET TEXT (Ragland, Vamira).

**MOVANT** : Jesselyn Radack BY J Sherman; D Witherspoon;

DE# 66 order set hrg

DE# _____ _____    DE# _____ _____

DISPOSITIONS:
    Granted____    Sustained____    Denied____
    Overruled____    Withdrawn____    Under Adv.____
    Moot____    Consent____    Dismissed____
    Continued to: __May 1_____, 20_19_, AT _10_:_30_ _A_.M.
    Proposed Order To Be Submitted By ____/____/____
    By [ ]Court [ ]Movant [✓]Opposing Party [ ]Trustee [ ]Jointly

DECISION:

[ ] Signed by Court    [ ] Filed by Counsel
[ ] To be prepared by:
    [ ] Movant's counsel    [ ] Court
    [ ] Respondent's counsel    [ ] Other _____

NOTES:

*Can be used to hear 9019 mtn. If grant 9019 mtn → would moot the two matters set for hrg today.*

_____
S. Martin Teel, Jr., United States Bankruptcy Judge

*D to have until May 8, 2019, to respond to DEs 59 + 63.*