UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| In re: | ] | |
| | ] | |
| JESSELYN RADACK, | ] | Case No. 18-00634-SMT |
| | ] | (Chapter 11) |
| Debtor. | ] | |

**MOTION FOR LEAVE TO FILE UNDER SEAL DOCUMENT
RELATING TO COMPROMISE OF CONTROVERSY**

TO THE HONORABLE S. MARTIN TEEL, JR., BANKRUPTCY JUDGE:

COMES NOW Jesselyn Radack ("Debtor"), by and through her undersigned attorneys, and as her Motion for Leave to File Under Seal Document Relating to Compromise of Controversy ("Motion"), respectfully represents as follows:

1. This case was commenced on September 23, 2018, when the Debtor filed her voluntary petition under Chapter 11 of the Bankruptcy Code. The Debtor serves currently as debtor-in-possession; no trustee has been appointed nor has the appointment of a trustee been sought by any party.

2. Trevor Fitzgibbon ("Claimant") has filed a Proof of Claim, designated Claim No. 2 ("Claim 2"), on March 11, 2019. Claim 2 asserts a claim in the amount of $10,350,000.00. Claim 2 emanates from that certain civil action pending in the United States District Court for the Eastern District of Virginia, Richmond Division, Civil Action No. 3:18-cv-247-REP ("Civil Action"). In the Civil Action, the Claimant asserts various tort claims against the Debtor in the nature of defamation, arising in large part from the direct and indirect usage of social media. The Debtor not only opposes the relief requested by the Claimant but has also asserted counterclaims against the Claimant in the Civil Action.

3. The parties to the Civil Action have been engaged in settlement negotiations in an effort to resolve the costly, distracting, intrusive, and risky continued pursuit of the claims and counterclaims set out by them. The settlement negotiations recently reached a successful conclusion, with the parties entering into a settlement agreement which fully and finally resolves all of the claims asserted between them, among others. The Debtor has already filed a motion (Docket No, 79) under Fed R. Bankr. P. 9019 to approve the proposed settlement.

4. The nature of the claims and counterclaims set forth in the Civil Action are deeply personal and implicate third parties. The agreement entered into between the Claimant and the Debtor also affects third parties, and necessarily requires reference to personal identifiers of third parties, although they are not signatories to the agreement itself. The parties therefore have agreed, in an effort to protect their own privacy as well as the privacy of third parties referenced in the agreement, that the actual agreement should be filed under seal, which the Debtor is seeking through the filing of this Motion. A copy of the agreement is appended hereto.

5. In order to avoid disclosure of personal identifiers of third parties, protect the privacy of the Debtor and the Claimant, implement the confidentiality anticipated in the settlement itself, and avoid further exposure of the underlying issues in the Civil Action to discourse in social media and otherwise, the Debtor seeks leave to file the agreement under seal, pursuant to Fed. R. Bankr. P. 9037(c) and LBR 5005-1(c).

WHEREFORE, the Debtor respectfully requests that this Court enter an Order:

1. Authorizing the filing under seal of the agreement to which the motion for approval of compromise of controversy (Docket No. 79) relates; and

2. Granting to the Debtor such other and further relief as is just and proper.

Dated: April 10, 2019	Respectfully submitted,

   */S/ Jeffrey M. Sherman*
Jeffrey M. Sherman, DC Bar 348896
LAW OFFICES OF JEFFREY M. SHERMAN
1600 N. Oak Street, Suite 1826
Arlington, VA 22209
703-855-7394
jeffreymsherman@gmail.com
Attorneys for the Debtor

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing was served by first class mail, postage prepaid, or, where permissible, by electronic means, on April 10, 2019, on the following:

Joseph A. Guzinski
U. S. Trustee's Office
1725 Duke Street, Suite 650
Alexandria, VA 22314
Joseph.A.Guzinski@usdoj.gov

Richard S. Basile
6305 Ivy Lane, Suite 416
Greenbelt, MD 20770
rearsb@gmail.com

Steven S. Biss
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
stevenbiss@earthlink.net

D. Margeaux Thomas
The Thomas Law Office PLC
11130 Fairfax Blvd., Suite 200-G
Fairfax, VA 22030
mthomas@thomaslawplc.com

                                                                    */S/ Jeffrey M. Sherman*
                                                                     Jeffrey M. Sherman